STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JOHN KOWALCZYK (ALSO KNOWN AS JOHN KOWAL), DEFENDANT-RESPONDENT.

See same case below: 4 *N. J. Super.* 47.

*Mr. Theodore D. Parsons,* Attorney-General, and *Mr. Mark Townsend,* for the petitioner.

*Messrs. Malandra & Tomaselli* for the respondent.

September 19, 1949.   Granted.

MAX STARK, PLAINTIFF-PETITIONER, v. FRANK D. LIVERMORE, SHERIFF OF BERGEN COUNTY, DEFENDANT-RESPONDENT.

See same case below: 3 *N. J. Super.* 94.

*Mr. Albert S. Gross* for the petitioner.

September 19, 1949.   Denied.